**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

      Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on **Defendant Home Depot U.S.A., Inc.'s Motion For Leave To File Sur-Reply to Plaintiff's Reply to Response to Motion to Remand** [#15] filed December 31, 2013.  The motion is **GRANTED** and **Defendant Home Depot, Inc.'s Sur-Reply to Plaintiff's Reply to Response to Motion to Remand** [#15-1] is accepted for filing.

      Dated: January 2, 2014

---

      [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.