IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2014**.

    The Motion for Entry of Stipulated Protective Order [filed July 17, 2014; docket #33] is **granted** as modified.  The parties' proposed protective order is accepted, with a modification to paragraph 13, and is filed contemporaneously with this minute order.