**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The **Notice of Plaintiff's Motion To Remand** [#8] filed November 18, 2013, which is docketed as a pending motion, is denied as moot.  The court has entered an order resolving **Plaintiff's Motion To Remand** [#9] filed November 18, 2013.

    Dated:  July 23, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.