IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2014**.

    Plaintiff's Motion to Compel Full and Complete Responses to Plaintiff's First Request for Production [filed August 29, 2014; docket #52] is **denied without prejudice** for Plaintiff's failure to comply with Judge Blackburn's Civil Practice Standards, IV.B. Page Limitations.