IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2014**.

    Before the Court is an Advisory to the Court filed by the Defendant on October 13, 2014 (docket # 72) informing the Court that "all issues in dispute among the parties have been resolved." Accordingly, the Plaintiff's Motion for Spoliation Sanctions [docket #67] and Plaintiff's Amended Motion to Compel Full and Complete Responses to Plaintiff's First Request for Production [docket #56] are **denied as moot** and the October 17, 2014 hearing on the pending motions is **vacated**. To the extent that the advisory may be construed as a notice of settlement of all claims, the parties shall file dismissal papers with the Court on or before November 14, 2014.