## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-02848-REB-MEH

YOLANDA CARBAUGH,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation of Dismissal of All Claims** [#74][1] filed November 4, 2014. After reviewing the stipulation and the record, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal of All Claims** [#74] filed November 4, 2014, is **APPROVED**;

2. That the claims of the plaintiff, Yolanda Carbaugh, against the defendant, Home Depot U.S.A., Inc., are **DISMISSED WITH PREJUDICE**;

3. That the combined Final Pretrial Conference and Trial Preparation

---

[1] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Conference set November 21, 2014, are **VACATED**;

    4. That the jury trial set to commence December 15, 2014, is **VACATED**;

    5. That any pending motion or objection, including the papers filed at [#26], [#27], [#28], [#29], [#30], [#40], and [#60], is **DENIED** as moot; and

    6. That this action is **DISMISSED WITH PREJUDICE**.

Dated November 4, 2014, at Denver, Colorado.

                                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge